UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN GLENN HOUTSMA,

      Plaintiff,

v.                                           Case No.:  2:19-cv-808-FtM-38MRM

RICK SLOAN, REBECCA JACKSON, NEVILLE GRAHAM and RIDDLE,

      Defendants.
_____/

## OPINION AND ORDER[1]

This matter is before the Court on sua sponte review of the record. Plaintiff John Houtsma a civil detainee at the Florida Civil Commitment Center (FCCC) initiated this action by filing a Complaint (Doc. 1) against the Department of Children and Families, Doc, CCS, Liberty Health Care, FCCC Chaplain Rick Sloan, FCCC Grievance Examiner Rebecca Jackson, Neville Graham, and Ms. Riddle, in the United States District Court for the Northern District of Florida on June 5, 2019. The Northern District transferred the case to this Court. (Doc. 9).

The Court takes judicial notice of its files which reveal Plaintiff filed the same Complaint (Doc. 1) was filed in this Court as case no. 2:18-cv-622 on September 17, 2018, which remains pending at case no. 2:19-cv-894-SPC-NPM.[2] Plaintiff may not

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

[2] The Court determined that the initial case 2:18-cv-622 filed on September 17, 2018, was improperly closed. That case was reopened and transferred to case 2:19-cv-894. Thus, 2:19-cv-894 remains the earlier filed action.

proceed in two separate actions on the same claim.  The Court will dismiss this action as duplicative and Plaintiff may proceed on his earlier filed action.

Accordingly, it is now

**ORDERED:**

The case is **DISMISSED** as duplicative of case 2:19-cv-894-FtM-SPC-NPM.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of April 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA:  FTMP-2
Copies:  All Parties of Record